**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00130-CV

**KELLEY|WITHERSPOON, LLP, ET AL., Appellants**

**V.**

**ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

Before the Court is appellee/cross-appellant's April 16, 2014 unopposed motion for an extension of time to file its initial brief. Under our local rules, appellee/cross-appellant must file a combined appellee's and cross-appellant's brief. *See* 5th Tex. App. (Dallas) Loc. R. 10(1)(b). Appellee's combined brief will be due thirty days after appellant's brief is filed. *See* 5th Tex. App. (Dallas) Loc. R. 10(3)(b). Accordingly, we **DENY** appellee/cross-appellant's motion as premature.

/s/     ADA BROWN
          JUSTICE